UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JACOB DELANEY,

Defendant.

**NOTICE OF APPEARANCE**

1:19-MJ-843-DJS

To: The clerk of the court and to all parties

I am admitted or otherwise authorized to practice in this court, and I hereby appear in the above-entitled case as Attorney of Record for the defendant Jacob Delaney.

I will appear as co-counsel for the defendant in addition to Michael P. McDermott, Esq.

I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22

Dated: December 12, 2019

Scott W. Iseman, Esq. (518859)
O'Connell & Aronowitz, P.C.
54 State Street, 9th Floor
Albany, New York 12207-2501
siseman@oalaw.com
tel # (518) 462-5601
fax # (518) 462-2670

{00140286.1}