**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

        v.                                **1:19-MJ-843-DJS**

**JACOB DELANEY**

        **Defendant**

---

**DANIEL J. STEWART**
**U.S. MAGISTRATE JUDGE**

### ORDER TO RELEASE DETAINED DEFENDANT

The above-named Defendant has satisfied the conditions for release and the Defendant shall be released from custody forthwith.

**IT IS SO ORDERED.**

DATED:  **December 16, 2019**

_____
Daniel J. Stewart
U.S. Magistrate Judge