# O'CONNELL ◯ ARONOWITZ

## ATTORNEYS AT LAW

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

**IN MEMORIAM**
F. MATTHEW JACKSON
  2013-2019

———————————

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY

———————————

SENIOR COUNSEL
FRED B. WANDER

———————————

OF COUNSEL
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

———————————

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
MARY T. CONNOLLY
ANDREW KO
JULIA V. KOSINESKI

HOLLY E. VEGAS*
(*DIRECTOR, HEALTHCARE
CONSULTING GROUP*)

*NOT A MEMBER OF THE
LEGAL PRACTICE

December 17, 2019

**VIA ELECTRONIC FILING**
United States District Court
Northern District of New York
Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207

Re:     **United States v. Delaney**

Dear Judge Stewart:

On behalf of Mr. Delaney, we hereby waive his right to a preliminary hearing pursuant to Fed. R. Crim. Proc. 5.1(a)(1).

Thank you for your attention to this matter.

Respectfully yours,

O'CONNELL AND ARONOWITZ

By:

Scott W. Iseman, Esq.

cc:     All parties via CM/ECF

54 STATE STREET • ALBANY, NY  12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
www.oalaw.com

{O0519473.1}