U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
DEC 1 8 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

No. 1791

# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
) at __Albany__
vs. )
)
) Case No. __1:19-mj-843__
__Jacob Delaney__ )
)

Received on behalf of the United States from, __Defendant's Counsel__

☐ Collateral

☒ Passport No. __U.S. Passport # 568367527__  __Jacob Edward Delaney__
(Name)
__Holtsville, NY 11742__
(Address)                              (City, State and Zip Code)

☐ Deed for property located at_____

_____owned by_____

☐ Other_____

Receipt is hereby acknowledged.           Clerk, U.S. District Court

__12/13/2019__                            By: __M. [signature]__

Location:_____

Disposition:_____

Received the above item as described,

_____  _____  _____
(Signature)                (Print Name)              (Date)

FILE AND DOCKET COPY