## **ORDER**

A.    The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

    1.    The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy indictment and trial because the government needs additional time to provide pre-indictment discovery to the defense and additional forensic analysis is yet to be completed on electronic devices given the timing of the arrest in this matter. The additional time will also allow the parties to attempt to resolve this matter short of indictment, potentially avoiding the unnecessary use of the grand jury. Finally, this delay is necessary in order to allow the United States reasonable time following the arrest of the defendant for effective preparation for the return and filing of an indictment, taking into account the exercise of due diligence.

    BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of this Order, and that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above.

5

IT IS SO ORDERED.

Dated and entered this _____ day of December, 2019.

                                                                               Hon. Daniel J. Stewart
                                                                               United States District Judge