

# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

January 9, 2020

**VIA ELECTRONIC FILING**
United States District Court
Northern District of New York
Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207

**Re:   United States v. Delaney**
       **Case No. 1:19-MJ-843 (DJS)**

Dear Judge Stewart:

    We represent Mr. Delaney in the above matter. We understand that he has completed his psycho-sexual evaluation through Pretrial Services. We respectfully request that the Court direct Pretrial Services to provide us with a complete, unredacted copy of the psycho-sexual report prepared by Dr. DeSantis. Pretrial Services does not oppose our request.

    Thank you for your attention to this matter.

Respectfully yours,

O'CONNELL AND ARONOWITZ

By: _____
Scott W. Iseman, Esq.

So Ordered: _____
Hon. Daniel J. Stewart

cc:   All parties via CM/ECF

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

**IN MEMORIAM**
F. MATTHEW JACKSON
2013-2019

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY

SENIOR COUNSEL
FRED B. WANDER

OF COUNSEL
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
MARY T. CONNOLLY
ANDREW KO
JULIA V. KOSINESKI

HOLLY E. VEGAS*
*(DIRECTOR, HEALTHCARE CONSULTING GROUP)*

*NOT A MEMBER OF THE LEGAL PRACTICE