# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

February 14, 2020

**VIA ELECTRONIC FILING**
United States District Court
Northern District of New York
Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207

**Re:** **United States v. Delaney**
**Case No. 1:19-MJ-843 (DJS)**

Dear Judge Stewart:

We represent Jacob Delaney in the above matter. Jacob has been attending church and would like to engage in counseling sessions with his parish priest, Father Kevin M. Smith of Our Lady of the Snow Church in Blue Point, New York. Jacob has requested permission to participate in this counseling from Pretrial Services and Pretrial Services has requested that he obtain permission from the Court. We expect the counseling will take place approximately once a week and be facilitated solely by Father Smith. We respectfully request that the Court grant this request and permit Jacob the opportunity to receive the requested counseling.

Father Smith can be contacted at 516-697-0959. His mailing address is 175 Blue Point Ave. Blue Point, New York 11715.

Thank you for your attention to this matter.

Respectfully yours,

O'CONNELL AND ARONOWITZ

By: *[signature]*
Scott W. Iseman, Esq.

So Ordered: _____
Hon. Daniel J. Stewart

cc: All parties via CM/ECF

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

**IN MEMORIAM**
F. MATTHEW JACKSON
  2013-2019

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
SCOTT W. ISEMAN
DANIELLE HOLLEY TANGORRE

OF COUNSEL
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
ANDREW KO
JULIA V. KOSINESKI
SAMANTHA L. FEMIA

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

{O0543447.1}

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
www.oalaw.com